FILED
2011 Jan-06  PM 05:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARY FRANCES LAWLEY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 10-AR-3425-S |
| LVNV FUNDING LLC, et al., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

COMES NOW Plaintiff and hereby notifies this Honorable Court Plaintiff and Defendant Equifax Information Services, LLC have settled all claims between them and are in the process of completing the final settlement documents. Plaintiff and Defendant Equifax will file a stipulation of dismissal as soon as the final settlement documents are executed by both parties.

Respectfully submitted this   6th   day of   January  , 2011.

                                         s/Wesley L. Phillips
                                         Wesley L. Phillips (PHI053)
                                         Attorney for Plaintiff

OF COUNSEL:
PHILLIPS LAW GROUP, LLC
Post Office Box 130488
Birmingham, Alabama 35213
(205) 383-3585  - voice
(800) 536-0385 - facsimile

wlp@wphillipslaw.com

CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing document has been served on all parties/attorney(s) of record via either U.S. Mail, postage prepaid, electronic mail, or electronic mail or through the ECM/CF system this  6th  day of January , 2011.


                                         s/Wesley L. Phillips
                                         OF COUNSEL