```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION

MARY FRANCES LAWLEY,            }
                                }
    Plaintiff,                  }
                                }    CIVIL ACTION NO.
v.                              }    10-AR-3425-S
                                }
LVNV FUNDING LLC,               }
                                }
    Defendant.                  }
```

## ORDER

Pursuant to the notice of settlement filed on January 6, 2011, by plaintiff, Mary Frances Lawley, and defendant, Equifax Information Services, LLC, the above-entitled action is hereby DISMISSED WITH PREJUDICE as to said defendant. The case shall proceed as to the remaining defendant, LVNV Funding, LLC.

The costs are taxed as paid as between the parties affected.

DONE this 7th day of January, 2011.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE