FILED
2011 Jan-28  PM 02:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARY FRANCES LAWLEY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 10-AR-3425-S |
| LVNV FUNDING LLC, et al., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT LVNV FUNDING LLC

COMES NOW Plaintiff and hereby notifies this Honorable Court Plaintiff and Defendant LVNV Funding LLC have settled all claims between them and are in the process of completing the final settlement documents.

Respectfully submitted this __28th__ day of __January__, 2011.

      __s/Wesley L. Phillips__
      Wesley L. Phillips (PHI053)
      Attorney for Plaintiff

OF COUNSEL:
PHILLIPS LAW GROUP, LLC
Post Office Box 130488
Birmingham, Alabama 35213
(205) 383-3585  - voice
(800) 536-0385 - facsimile
wlp@wphillipslaw.com

CERTIFICATE OF SERVICE

  I hereby certify that a copy of the above and foregoing document has been served on all parties/attorney(s) of record via either U.S. Mail, postage prepaid, electronic mail, or electronic mail or through the ECM/CF system this  28th  day of January  , 2011.

Victoria Franklin-Sisson
JONES, WALKER, WAECHTER, POITEVENT,
CARRERE & DENEGRE, LLP
505 20th Street North, Suite 600
Birmingham, AL 35203

Laura C. Nettles
LLOYD, GRAY, WHITEHEAD, &MONROE, P.C.
2501 20th Place South, Suite 300
Birmingham, Alabama 35223

                s/Wesley L. Phillips
              OF COUNSEL