```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

MARY FRANCES LAWLEY,           }
                               }
    Plaintiff,                 }
                               }     CIVIL ACTION NO.
v.                             }     10-AR-3425-S
                               }
LVNV FUNDING LLC,              }
                               }
    Defendant.                 }

### **ORDER**

The court having been informed by notice of settlement filed on January 28, 2011, that the parties in the above-entitled action have reached a settlement, the action is hereby DISMISSED WITH PREJUDICE.  The parties shall have **fourteen (14) days** from the date of this order within which to request the substitution of a modified stipulated final judgment.

The parties shall bear their own respective costs.

DONE this 31st day of January, 2011.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE